FILED

09/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0395

L.B.,
Plaintiff-Appellant,
v.
UNITED STATES OF AMERICA, et al.,
Defendant-Appellees.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF CIVIL RIGHTS, WOMEN'S RIGHTS, AND GOVERNMENT ACCOUNTABILITY ORGANIZATIONS IN SUPPORT OF PLAINTIFF-APPELLANT L.B.**

Pursuant to the Unopposed Motion for Leave to File *Amici Curiae* Brief filed by the Roderick and Solange MacArthur Justice Center, National Women's Law Center, Women's Law Project, Institute for Constitutional Advocacy and Protection, National Police Accountability Project, and Institute for Justice, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. The *Amicus* brief must be filed before or simultaneously with Appellant's opening brief on appeal.

DATED this _____ day of October, 2021.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2021